UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis Martinez-Torres,
        Petitioner

V.

United States of America
        Respondent

CIVIL ACTION

NO. 04-40026-NMG

## O R D E R

Gorton, D. J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

|  |  |
|---|---|
|    2/26/04 | /s/ Nathaniel M. Gorton |
| Date | United States District Judge |

(2255serv.ord - 09/96)                                                                                     [2255serv.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis Martinez-Torres,
        Petitioner

v.

United States of America
        Respondent

CIVIL ACTION

NO. 04-40026-NMG

ORDER

Gorton, D. J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

    2/26/04
       Date

/s/ Nathaniel M. Gorton
United States District Judge

(2255serv.ord - 09/96)        [2255serv.]