UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS MARTINEZ-TORRES )
)
v. ) C.A. No. 04-40026-NMG
)
UNITED STATES )

**RESPONDENT'S MOTION TO ENLARGE TIME TO RESPOND TO SECTION 2255**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby moves to enlarge the time to respond to a petition filed in the above-referenced case for relief under 28 U.S.C. § 2255.

As grounds therefor, the government states as follows:

1. On October 4, 2001, this Court entered a judgment against Luis Martinez-Torres based on his guilty plea to Conspiracy to distribute cocaine base, in violation of 21 U.S.C. § 846 and other offenses, and sentenced him to a term of 188 months imprisonment.

2. Martinez-Torres appealed, his attorney filing a brief pursuant to Anders v. California, 386 U.S. 738 (1967). On December 19, 2002, the Court of Appeals summarily affirmed the judgment. Thereafter, defendant moved for a panel rehearing. On March 3, 2003, the Court of Appeals denied the motion, finding after "review of the entire record, including [Martinez-Torres'] pro se brief," "there was no non-frivolous basis for appeal." See Order annexed hereto.

3. On or about February 26, 2004, Martinez-Torres filed a petition to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. By order dated February 26, 2004, this Court ordered the government to respond within 20 days of receipt of the Court's Order.

4. Counsel for the government requests an additional 90 days to respond. Counsel has been assigned to the Enron Task Force and will prosecute a six-defendant case entitled <u>United States v. Daniel Bayly, et al.</u>, H-03-363 (Werlein, J.). Trial preparation has involved weekly travel to Houston and Washington. Trial of that matter is scheduled to begin on June 14, 2004 and is expected to last four weeks. In addition, Counsel is responding to two Petitions pursuant to Section 2255, both of which are due on March 23, 2004 - <u>Norma Nieves v. United States</u>, 03-CV- 40243-NMG, and <u>Dilson Ventura v. United States</u>, 03-CV-40247-NMG.

5. Martinez-Torres is currently serving a sentence of 188 months. The government respectfully submits that allowing this motion will not adversely affect his rights.

8. No prior motion for a continuance has been made.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:

                        David Hennessy
                        Assistant U.S. Attorney

ss. Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this 2d day of March, 2004 on Luis Martinez-Torres, 80208-038, Lewisburg USP, Rd #5, Federal Prison, Lewisburg, PA 17837.

DAVID HENNESSY
Assistant U.S. Attorney

# United States Court of Appeals
## For the First Circuit

No. 01-2526

UNITED STATES,

Appellee,

v.

LUIS MARTINEZ TORRES,

Defendant, Appellant.

Before

Cyr, Senior Circuit Judge,
Lynch and Lipez, Circuit Judges.

ORDER OF COURT

Entered: March 3, 2003

After careful review of the brief of defendant-appellant Luis Martinez-Torres, we deny the petition for panel rehearing. In the original appeal, counsel for Martinez-Torres submitted an Anders brief informing the court of his review of the record, and he explored possible issues for appeal. However, counsel concluded that there was no non-frivolous basis for appeal. Anders requires nothing more. See Anders v. California, 386 U.S. 738, 744 (1967) (brief must refer "to anything in the record that might arguably support the appeal").

Second, this court's judgment in the case followed review of the entire record, including appellant-defendant's pro se brief, and made the conclusion that there was no non-frivolous basis for appeal. We conclude now that, because the entire case record revealed no non-frivolous basis for appeal, there is no basis for

rehearing.

                              By the Court:
                              Richard Cushing Donovan, Clerk

**MARK R. SYSKA**

By:_____
    Chief Deputy Clerk


[CC:  Messrs. Martinez-Torres, Olen, Cicilline,
    Ricciuti, Hennessy and Ms. Chaitowitz]