UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MARTINEZ-TORRES | ) |
| | ) |
| v. | ) Civ. No. 04-40026-NMG |
| | ) |
| UNITED STATES | ) |

**RESPONDENT'S MOTION TO ENLARGE TIME TO RESPOND TO SECTION 2255**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby moves to enlarge the time to respond to a petition filed in the above-referenced case for relief under 28 U.S.C. § 2255.

As grounds therefor, the government states as follows:

1. On October 4, 2001, this Court entered a judgment against Luis Martinez-Torres based on his guilty plea to Conspiracy to distribute cocaine base, in violation of 21 U.S.C. § 846 and other offenses, and sentenced him to a term of 188 months imprisonment.

2. Martinez-Torres appealed, his attorney filing a brief pursuant to Anders v. California, 386 U.S. 738 (1967). On December 19, 2002, the Court of Appeals summarily affirmed the judgment. Thereafter, defendant moved for a panel rehearing. On March 3, 2003, the Court of Appeals denied the motion, finding after "review of the entire record, including [Martinez-Torres'] pro se brief," "there was no non-frivolous basis for appeal."

3. On or about February 26, 2004, Martinez-Torres filed a

petition to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. By order dated February 26, 2004, this Court ordered the government to respond within 20 days of receipt of the Court's Order.

4. The government moved for 90 days to respond, principally because government counsel had been assigned to the Enron Task Force. This Court granted the motion and enlarged the time for the government to respond to May 26, 2004.

5. The government moves for an additional 45-day continuance. As noted in our prior application, as part of government counsel's detail in the Enron case, counsel has been assigned to prosecute a six-defendant case entitled <u>United States v. Daniel Bayly, et al.</u>, H-03-363 (Werlein, J.). At the time of the original motion to enlarge, the trial date was June 14, 2004. Since that time, because of defense counsels' estimates of the length of the defendants' cases, Judge Werlein moved the trial date up to June 7, 2004. Trial preparation has involved weekly travel to Houston and Washington and New York, and government counsel has been away from this District for nearly the entirety of every work week. Government counsel expects to be back in the District of Massachusetts by mid-July.

6. Martinez-Torres is currently serving a sentence of 188 months. The government respectfully submits that allowing this

motion will not adversely affect his rights.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By: /s/ David Hennessy
     David Hennessy
     Assistant U.S. Attorney

ss. Worcester

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this 7th day of May, 2004 on Luis Martinez-Torres, 80208-038, Lewisburg USP, Rd #5, Federal Prison, Lewisburg, PA 17837.

/s/ David Hennessy
DAVID HENNESSY
Assistant U.S. Attorney