FILED
IN CLERKS OFFICE 6/29/04

2004 JUL -6 P 4:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

To The court of Clerk.
  Case 4:99 CR 40028-003
  Docket Number # 0125266

My name is Luis Martinez Torrez
Reg Number 80208-038
This letter is to inform you that I have a motion in your court. and I was move to another institution my new address is FCI Gilmer Po Box 6000 Glenville WV. 26351-6000 Thank you for your time

Sin Luis Martinez.