July 5, 2004

FILED
IN CLERKS OFFICE

2004 JUL 12 P 3: 21

Clerk, U.S. District Court
    for the District of Massachusetts
707 Post Office & Courthouse Bldg., Room 700
Boston, Massachusetts 02109-4583

U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Luis v. Martinez-Torres, Habeas Corpus No. 04-40026-NMG.
    (4:99CR0028-003).

Dear Sir or Madam:

   I am writing you pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, in connection with the above-referenced Motion for Habeas Corpus, per 28 U.S.C. § 2255. The District Judge gave the Government an extension of time in which to respond to my Motion for Habeas Corpus, until May 26, 2004. As of the date of this letter, I have not been served any response by the Government, so I assume that your docket will also show that the Government has not filed any response within the time set by the Court, which passed more than a month ago. Therefore, I respectfully request that you comply with the requirements of Rule 55(a) and enter a default against the Government. Rule 55(a) provides:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default." (emphasis added).

Please provide me with a written response, confirming entry of default against the Government in this case. Thank you for your assistance in this matter.

Very truly yours,

Luis Martinez-Torres
Reg. No. 80208-038

F.C.I. - Gilmer
P.O. Box 6000, Unit B-4
Glenville, West Virginia 26351
(304) 626-2500 [main prison switchboard].

← Note my "new" address.