```
LUIS MARTINEZ-TORRES
REG. NO.80208-038
FEDERAL CORRECTIONAL INSTITUTION--
GILMER
P.O. BOX 6000
GLENVILLE, WV 26351-6000
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LUIS MARTINEZ-TORRES,               :

    Petitioner,

v.                                  :     Docket No.04-40026(NMG)

UNITED STATES OF AMERICA,

    Respondent.                     :

MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE
GOVERNMENT'S RESPONSE TO PETITIONER'S §2255 MOTION

NOW COMES, LUIS MARTINEZ-TORRES, acting herein pro se, respectfully request this Court to grant an extension of time to respond to the governments reply. Fed. R. crim. P. 45(b) (West 2003). A thirty days extension is sufficient.

The reasons for this request will be explained within the attached affidavit.

RESPECTFULLY SUBMITTED

LUIS MARTINEZ-TORRES
PRO SE

dated: July 19, 2004.

```
 1                      CERTIFICATE OF SERVICE

 2         I, Luis Martinez-torres, do hereby certify that on
        ____th; day of July, in the year of 2004. I did send to:
 3
                        David H. Hennessy
 4                      Asst. U.S. Attorney,
                        595 Main st.
 5                      2nd floor
                        Worcester, MA 02210
 6


 7   a motion for an extension of time to reply to the governments
     response to petitioner's §2255 motion, with attached affidavit
 8
        This was done by placing said documents in an instituton-
 9   al mail box designed for outgoing mail. Postage was paid for
     regular mail.
10
                                       RESPECTFULLY SUBMITTED
11
                                       /s/ Luis Martinez-torres
12                                     LUIS MARTINEZ-TORRES
                                       PRO SE
13
     Dated: July 19, 2004.
14
```

```
Luis Martinez-Torres
Reg. No.80208-038
Federal correctional Institution--
Gilmer
P.O. BOX 6000
Glenville, WV 26351-6000
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LUIS MARTINEZ-TORRES,                  :

     Petitioner,

v.                                     :   Docket No.04-40026(NMG)

UNITED STATES OF AMERICA,

     Respondent.                      :

State of West Virginia )
                       )ss:  <u>Affidavit of Luis Martinez-Torres</u>
County of Gilmer       )

    Now Comes, <u>Luis Martinez-Torres</u>, acting herein pro se, deposes and says:

        1) That, I am the petitioner in the above stated case.

        2) That, I am above the legal age of eighteen.

        3) That, I am incarcerated at FCI Gilmer in Glenville West Virginia.

        4) That, I did receive the government's response on July 19, 2004, through regular institutional mail. I am requesting an extension of August 19, 2004, to respond.

1   I declare under the penalty of perjury that the fore-
2   going is true and correct.
3   **Affiant Further sayth Nauhgt**
    **Done This 19th Day of July, 2004**
4
5                                                    RESPECTFULLY SUBMITTED

6                                                    *[signature]*
                                                     LUIS MARTINEZ-TORRES
7                                                    Pro se

    Dated: July 19, 2004.
8