Luis Martinez-Torres
Reg. No. 80208-038
FCI Gilmer
PO Box 6000
Glenville, WV 26351

11 May 2005

United States District Court
Clerk of the Court
595 Main St., Suite 502
Worchester, MA 01608

In re: Martinez-Torres v. United States (2255 Motion)
Related Criminal Case No. 4:99CR40028-003

Dear Clerk of the Court:

I request for you to provide me with a copy of the docket sheet from my 28 U.S.C.A. §2255 motion that I filed several months ago. For your convenience, I have enclosed a self-addressed stamped envelope for you to mail me my docket sheet.