Luis Martinez Torres
Reg. No. 80208-038
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV  26351-6000

6 February 2006

United States District Court
Clerk of the Court
595 Main St., Suite 502
Worchester, MA. 01608

In re: **Martinez Torres v. United States: Civil No. 4:04CV40026-NMG**

Dear Clerk of the Court:

I request for you to provide me with information regarding the status of my Title 28 USCA § 2255 Motion (Civil No. 4:04CV40026-NMG). If it is still pending, please indicate on this correspondence. For your convenience, I have enclosed a self-addressed stamped envelope.

I thank you for your assistance in this matter.

Cordially yours,

Luis Martinez Torres

en: sase

cc: file