UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis Martinez-Torres,
           Petitioner

V.

United States of America,
           Respondent

CIVIL ACTION

NO.  04-40026-NMG

Final Judgment
June 14, 2006

Gorton, D. J.

In accordance with the Court's adoption of Report & Recommendation (dated 5/30/06, Docket No. 13) recommending Motion to Set Aside, Vacate or Correct by DENIED, it is hereby Ordered Judgment for Respondent.

Approved,

/s/ Nathaniel M. Gorton,
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismer do.ord - 09/92)

[odism.]